■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILFREDO AVILES, Appellant.—Judgment of conviction, Supreme Court, Bronx County, rendered August 6, 1975, unanimously reversed, on the law, and the indictment dismissed. The circumstances are identical with those in *People v Diaz* (54 AD2d 543), our reversal and dismissal of the charge against the man who was arrested with defendant-appellant on the same charge.

Perforce, this appeal must take the same road as *Diaz.* Concur—Markewich, J. P., Murphy, Birns, Capozzoli and Nunez, JJ.